Patrick R. Leverty, Esq.
Nevada Bar No. 8840
LEVERTY & ASSOCIATES LAW CHTD.
832 Willow Street
Reno, Nevada 89502
Ph.: (775) 322-6636
Fax: (775) 322-3953
Email: pat@levertylaw.com

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID FRANCIS, derivatively on behalf of CV SCIENCES, INC. formerly known as, CANNAVEST CORP., <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL MONA, JR., MICHAEL MONA III, JOSEPH D. DOWLING, BART P. MACKAY, LARRY RASKIN, JAMES MCNULTY, GARY SLIGAR, STEPHEN M. SCHMITZ and EDWARD A. WILSON, <br><br> Defendants, <br><br> and <br><br> CV SCIENCES, INC. formerly known as, CANNAVEST CORP., <br><br> Nominal Defendant | CASE NO.   2:18-cv-02284-GMN-NJK <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND THE DEADLINE FOR ALL DEFENDANTS TO ANSWER OR MOVE** <br> **[FIRST REQUEST]** |

IT IS HEREBY STIPULATED AND AGREED, by the parties, through their undersigned counsel, subject to the approval of the Court, that all Defendants' and the Nominal Defendant's time to answer or move against the Complaint shall be extended, and all proceedings and deadlines in this shareholder derivative action are hereby stayed, through and including February 22, 2019. In addition, all Defendants and the Nominal Defendant stipulate that Plaintiff has made due and sufficient service on them. Plaintiff requested that Defendants waive service and agree to be served through counsel. Defendants agreed to do so and in conjunction with those discussions the parties

agreed to extend Defendants' deadline to respond until February 22, 2019. The reason for the requested extension is as follows:

Two related putative class action cases are pending. One is pending in the United States District Court for the Southern District of New York styled as *In re: CannaVest Corp., Securities Litigation*, Case No. 14-cv-2900 (hereafter, the "New York Federal Securities Action"). The second related case is a recently filed putative class action pending in the United States District Court, District of Nevada entitled *Ina v. CV Sciences, Inc., et al.,* Case No. 2:18-cv-01602-JAD-PAL (hereafter, the "Nevada Federal Securities Action").

The New York Federal Securities Action is currently in the discovery phase with a discovery cutoff date of October 18, 2019. In the Nevada Federal Securities Action a Lead Plaintiff was recently appointed and a Consolidated Complaint is due on or before January 4, 2019.

The parties agree that the pleadings and discovery in the two related putative class action cases are relevant to this action in that developments in the related cases may help inform the manner in which this action proceeds. Moreover, the parties intend to discuss sharing discovery generated in the related cases in this action to increase efficiency and conserve party resources. Additionally, given the number of individual defendants named in this action (nine) and the recent Holiday, defense counsel needs additional time to confer with all defendants and consider individual defenses that may be applicable. This Stipulation is intended to facilitate coordination and to avoid, to the extent practicable, duplicative discovery.

The parties respectfully reserve all other rights and defenses.

This is the first requested extension for Defendants and Nominal Defendant to answer or move against the Complaint.

Dated: This  2nd  day of January, 2019         Dated: This  2nd  day of January, 2019

**LEVERTY & ASSOCIATES LAW CHTD.**         **MARQUIS & AURBACH**

 /S/ *Patrick Leverty*                                                  /S/ *Terry Coffing*
Patrick R. Leverty                                                 Terry A. Coffing, Esq.
Reno Gould House                                              10001 Park Run Drive
832 Willow Street                                                Las Vegas, NV 89145
Reno, NV 89502                                                  Phone: (702) 382-0711
Telephone: (775) 322-6636                               Facsimile: (702) 382-5816
Facsimile: (775) 322-3953                                 tcoffing@marquisaurbach.com

| | | |
|---|---|---|
| 1 | Email: pat@levertylaw.com | **PROCOPIO** |
| 2 | **THE ROSEN LAW FIRM, P.A.** | S. Todd Neal |
| | Phillip Kim | |
| 3 | | *Attorneys for Nominal Defendant CV Sciences,* |
| | **THE BROWN LAW FIRM, P.C.** | *Inc. and Defendants Michael Mona, Jr., Micheal* |
| 4 | Timothy Brown | *Mona III, Joseph D. Dowling, Bart P. Mackay,* |
| | | *Larry Raskin, James McNulty, Gary Sligar,* |
| 5 | *Counsel for Plaintiff David Francis* | *Stephen M. Schmitz, and Edward A. Wilson* |

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED: January 3, 2019