# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID FRANCIS,<br>    Plaintiff(s),<br>v.<br>MICHAEL MONA JR., et al.,<br>    Defendant(s). | Case No.: 2:18-cv-02284-GMN-NJK<br><br>**Order** |

On November 30, 2018, attorney Phillip Kim was instructed to comply with the Court's *pro hac vice* requirements by January 14, 2019. Docket No. 3. Having failed to comply with that order, on November 18, 2019, Mr. Kim was ordered to either file a *pro hac vice* application or show cause why he should not be removed as an attorney of record in this case. Docket No. 23. Compliance with that order was due by December 9, 2019. *See id.* To date, Mr. Kim has neither filed a *pro hac vice* application nor responded to the order to show cause. Accordingly, the Clerk's Office is hereby **INSTRUCTED** to remove Mr. Kim as an attorney of record in this case.

IT IS SO ORDERED.

Dated: April 13, 2020

                                                                                                    _____
                                                                                                    Nancy J. Koppe
                                                                                                    United States Magistrate Judge