# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID FRANCIS,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>MICHAEL MONA JR., et al.,<br><br>　　　　Defendant(s). | Case No.: 2:18-cv-02284-GMN-NJK<br><br>**ORDER** |

On March 6, 2019, this matter was stayed in light discovery proceeding in other cases. Docket No. 18. The parties must file a joint status report by November 9, 2020, and every 120 days thereafter until the stay is lifted.

IT IS SO ORDERED.

Dated: October 26, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge