# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DAVID FRANCIS,

    Plaintiff(s),

v.

MICHAEL MONA JR., et al.,

    Defendant(s).

Case No.: 2:18-cv-02284-GMN-NJK

**ORDER TO SHOW CAUSE**

On October 26, 2020, the Court ordered the parties to file a joint status report by November 9, 2020. Docket No. 34. On November 9, 2020, the parties filed a stipulation to extend that deadline, which was denied without prejudice for being procedurally defective. Docket Nos. 34-35. To date, the parties have still not filed a joint status report nor have the parties filed an amended stipulation for extension.

The parties and their counsel of record are hereby ORDERED to show cause in writing, no later than December 3, 2020, why they should not be sanctioned in a Court fine of up to $2,500 each for disobeying the above order. *See* Fed. R. Civ. P. 16(f). If the parties file a joint status report by December 3, 2020, this order to show cause will be discharged automatically without the need for a response.

IT IS SO ORDERED.

Dated: November 19, 2020

                                                    Nancy J. Koppe  
                                                  United States Magistrate Judge